Jeff Silvestri, Esq. (NSBN 5779)
Daniel I. Aquino, Esq. (NSBN 12682)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
(702) 873-4100
jsilvestri@mcdonaldcarano.com
daquino@mcdonaldcarano.com

*Attorneys for Defendant*
*Guild Mortgage Company, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CROSSCOUNTRY MORTGAGE LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>GUILD MORTGAGE COMPANY LLC, a California limited liability company,<br><br>Defendant. | Case No.:  2:22-cv-00845-GMN-EJY<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING TO COMPLAINT**<br><br>**(First Request)** |

Defendant Guild Mortgage Company, LLC ("Defendant") and Plaintiff Crosscountry Mortgage LLC ("Plaintiff"), by and through their undersigned counsel, hereby stipulate and agree that the deadline for Defendant to answer or otherwise respond to Plaintiff's Complaint (ECF No. 1) shall be extended to and including July 8, 2022.

///
///
///
///
///
///
///
///
///

The parties are making this request because defense counsel was only recently retained, and requires additional time to sufficiently investigate the allegations contained in the Complaint.

DATED: June 21, 2022

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ Marc S. Cwik
Marc S. Cwik, Esq.
Nevada Bar No. 006946
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Marc.Cwik@lewisbrisbois.com

*Attorneys for Plaintiff
Crosscountry Mortgage LLC*

DATED: June 21, 2022

McDONALD CARANO LLP

By: /s/ Jeff Silvestri
Jeff Silvestri, Esq. (NSBN 5779)
Daniel I. Aquino, Esq. (NSBN 12682)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
jsilvestri@mcdonaldcarano.com
daquino@mcdonaldcarano.com

*Attorneys for Defendant
Guild Mortgage Company, LLC*

IT IS SO ORDERED.

_____
UNITED STATE MAGISTRATE JUDGE

DATED: June 21, 2022