**LEWIS BRISBOIS BISGAARD & SMITH LLP**
MARC S. CWIK
Nevada Bar No. 006946
Marc.Cwik@lewisbrisbois.com
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789

*Attorneys for CrossCountry Mortgage LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CROSSCOUNTRY MORTGAGE LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>GUILD MORTGAGE COMPANY LLC, a California limited liability company,<br><br>Defendant. | Case No. 2:22-cv-00845-GMN-EJY<br><br>**STIPULATION AND ORDER TO DISMISS COMPLAINT WITHOUT PREJUDICE** |

Plaintiff CROSSCOUNTRY MORTGAGE LLC, ("Plaintiff") and Defendant GUILD MORTGAGE COMPANY LLC ("Defendant"), through their respective counsel of record, hereby

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

4859-8567-5051.1                                                                Case No. 2:22-cv-00845-GMN-EJY

stipulate that Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

DATED this 29th day of July, 2022.

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Marc S. Cwik
Marc S. Cwik, Esq.
Nevada Bar No. 006946
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Marc.Cwik@lewisbrisbois.com

*Attorneys for Plaintiff
CrossCountry Mortgage LLC*

DATED this 29th day of July, 2022.

McDONALD CARANO LLP

/s/ Daniel I. Aquino
Jeff Silvestri, Esq. (NSBN 5779)
Daniel I. Aquino, Esq. (NSBN 12682)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
jsilvestri@mcdonaldcarano.com
daquino@mcdonaldcarano.com

*Attorneys for Defendant
Guild Mortgage Company, LLC*

Chad S. Hummel  (Admitted *pro hac vice*)
Sidley Austin LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, California 90067
(310) 595-9505
chummel@sidley.com

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATE DISTRICT JUDGE

DATED: _____

